UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHELLE LYNN COAD,

        Plaintiff,

  v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No. C13-1071-RSM-BAT

**REPORT AND RECOMMENDATION**

Michelle Lynn Coad brought an action seeking review of the denial of her applications for Disability Insurance Benefits and Supplemental Security Income. Dkt. 3. The Commissioner has filed a stipulated motion to remand the case, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Administrative Law Judge ("ALJ") will hold a *de novo* hearing, update the medical record, and issue a new decision. The ALJ will also:

(1) Evaluate the "other source" opinions in accordance with 20 C.F.R. §416.927 and Social Security Ruling 06-03p, and if rejecting the opinions, provide reasons germane to the "other sources" for doing so;

(2) Further evaluate plaintiff's residual functional capacity; and

(3) If warranted, determine whether plaintiff can perform other occupations in the

REPORT AND RECOMMENDATION - 1

1   national economy.

2  The parties stipulate plaintiff is entitled to reasonable attorney fees and costs pursuant to 28

3  U.S.C. § 2412, upon proper request to this Court.

4   The Court has reviewed the motion and record, and recommends the case be

5  **REVERSED** and for further administrative proceedings pursuant to the terms of the parties'

6  stipulated motion. As the parties stipulate to remand, the Court recommends if this

7  recommendation is adopted, that it be approved immediately. A proposed order accompanies this

8  Report and Recommendation.

9   The Clerk shall note the matter for March 10, 2014 as ready for the District Judge's

10 review.

11   DATED this 10th day of March, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2